JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.   SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHAGARRO S. LATTIN,<br><br>                    Defendant | No. CV A 09-4591<br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties,
Judgment is hereby entered in favor of Plaintiff, UNITED
STATES OF AMERICA, against Defendant, Shagarro S. Lattin, in
the principal amount of $4,272.25 plus interest accrued to
April 28, 2009, in the sum of $4,937.75; with interest
accruing thereafter at 9% annually until entry of judgment,
administration costs in the amount of $0.00, for a total
amount of  $**9,210.00**.

DATED:_____07/02/2009_____       By:___TERRY NAFISI_____
                                        Clerk of the Court


                                        A. KANNIKE
                                    _____
                                        Deputy Clerk
                                  United States District Court

Page 5